﻿Citation Nr: AXXXXXXXX
Decision Date: 12/31/19 Archive Date: 12/31/19

DOCKET NO. 190521-8650
DATE: December 31, 2019

ORDER

As the reduction from a 50 percent rating to a 30 percent rating for migraines effective August 1, 2018 was improper, restoration of a 50 percent rating as of that date is granted.

FINDINGS OF FACT

1. In a May 2018 decision, the RO reduced the rating for the Veteran’s migraines from 50 percent disabling to 30 percent disabling, effective August 1, 2018. The RO confirmed this rating in an April 2019 decision. 

2. During the April 2012 VA examination, the Veteran reported migraine headaches about twice per month, lasting two to three days. She reported sometimes having to miss work. 

3. October 2017 treatment records show the Veteran suffers from migraines 3 times per week, lasting up to three days at a time. Her migraines are associated with nausea, photophobia, dizziness, phonophobia, and she sometimes see spots. She vomits at times when her migraines are severe. She also misses up to two days of work per month.

4. The Veteran’s co-worker, R.R., stated she had witnessed the Veteran suffer debilitating migraine attacks. The Veteran has had to leave her desk and find a quiet, dark room, or go home in order to recover. She has also missed days of work due to her migraines and R.R. had to finish her projects for her. See letter from R.R. submitted in December 2017.

5. At the time of the May 2018 rating decision, the evidence of record did not indicate improvement in the Veteran’s ability to function under the ordinary conditions of life. 

CONCLUSION OF LAW

The reduction of the rating for migraines from 50 percent to 30 percent, effective August 1, 2018, was improper and the 50 percent rating is restored as of that date. 38 U.S.C. §§ 1155, 5107, 5112 (2012); 38 C.F.R. §§ 3.105, 4.1, 4.71a, Diagnostic Code 8100 (2018).

REASONS AND BASES FOR FINDINGS AND CONCLUSION

The Veteran served on active duty from October 1998 to March 2007.

In May 2019, the Veteran properly filed an appeal to the Board and chose Direct Review.

[CONTINUED ON NEXT PAGE]

For the reasons outlined above, the reduction from a 50 percent rating to a 30 percent rating for migraines effective August 1, 2018 was improper, and restoration of a 50 percent rating as of that date is warranted. 

 

 

VICTORIA MOSHIASHWILI

Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board M. D’Allaird, Associate Counsel

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential, and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.